1

1

2            THE UNITED STATES DISTRICT COURT

3            NORTHERN DISTRICT OF MISSISSIPPI

4                  ABERDEEN DIVISION
   -----------------------------------------------X
5  YASHIA CULBERSON, Individually and on behalf
   of all heirs-at-law and wrongful death
6  beneficiaries of DALE O'NEAL, Deceased and the
   estate of DALE O'NEAL,

7

8                            Plaintiffs,

9        -against-        Civil Action No.:
                          1:21-CV-00114-SA-DAS
10

11
   CLAY COUNTY, SHERIFF EDDIE SCOTT, in his
12 Individual and official capacity, and officers
   and jail employees JOHN DOES 1-5, in their
13 Individual and official capacities
   representing jail guards of the CLAY COUNTY
14 JAIL and/or other employees, including
   supervisory officials whose identities are
15 currently unknown,

16                           Defendants.
   -----------------------------------------------X
17                      DATE:  November 9, 2022
                        TIME:  3:36 p.m.
18

19

20                           DEPOSITION of the

21 Witness, SHERIFF EDDIE SCOTT, on behalf of the

22 Defendants, by the Plaintiff, pursuant to a

23 Notice, held via Video Conferencing, before

24 Lesley Simpson, a Notary Public of the State

25 of New York.

1                    SHERIFF SCOTT

2        mutually convenient date and we'll

3        work from there.

4                    MR. MARTIN:  That sounds good.

5        I won't be able to get that date to

6        you today; because I have to drive

7        three hours to get home.

8                    MR. SELLS:  No worries.

9                    JUDGE MOORE:  All parties

10       agreeing to going past the discovery

11       deadline or are we going to try to

12       get it done before December 1st.

13                   MR. MARTIN:  Our calendar from

14       now to December is jam packed.

15       Bethany has to confer with Griffin

16       and I have to confer with will Allen;

17       so I can't make any, you know, final

18       decisions here today.

19                   Who is the attorney on the

20       other side of the Harris case.

21                   MR. MOORE:  Bethany's partner.

22       We go into mediation on the 22nd of

23       this month; it's set for trial in

24       March.

25                   MS. TARPLEY:  That will be