

CLT-(ONEAL)-000420

2019/03/14
20:25

CLAIMANT'S EXHIBIT 32A

Bumberg No. 5211

CLT-(ONEAL)-000421



2019/03/14
20:27

CLAIMANT'S
EXHIBIT
32B
Blumberg No. 521



CLT-(ONEAL)-000444

CLAIMANT'S
EXHIBIT
32C

Bumberg No. 5211

2019/03/14
20:07



COLT-(O'NEAL)-000455

CLAIMANT'S
EXHIBIT
32D

Bumberg No. 5211





CLT-(ONEAL)-000466



CLT-(ONEAL)-000474



CLT-(O'NEAL)-000473

2019/03/14
20:12

CLAIMANT'S
EXHIBIT

324



CLT-(O'NEAL)-000485

CLAIMANT'S
EXHIBIT
32 I
Bumberg No. 5211



CLT-(O'NEAL)-000490

2019/03/14
20:15

CLAIMANT'S
EXHIBIT

32J

Blumberg No. 5211



CLT-(O'NEAL)-000491

CLAIMANT'S
EXHIBIT
32K
Blumberg No. 5211



CLT-(ONEAL)-000495

2019/03/14
20:17

CLAIMANT'S
EXHIBIT

32 L

Bumberg No. 6211



CLT-(ONEAL)-000494



CLAIMANT'S EXHIBIT

Blumberg No. 5211

2019/03/14
20:17