IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

YASHIA CULBERSON, INDIVIDUALLY
AND ON BEHALF OF ALL HEIRS-AT-LAW
AND WRONGFUL DEATH BENEFICIARIES
OF DALE O'NEAL, DECEASED AND
THE ESTATE OF DALE O'NEAL                                          PLAINTIFFS

v.                                          CIVIL ACTION NO. 1:21-CV-114-SA-DAS

CLAY COUNTY, SHERIFF EDDIE SCOTT,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,
OFFICER TIM TOWNSEND IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY, OFFICER ANNIE AVANT
IN HER INDIVIDUAL AND OFFICIAL CAPACITY,
OFFICER CYNTHIA MYLES IN HER INDIVIDUAL
AND OFFICIAL CAPACITY AND OFFICERS AND JAIL
EMPLOYEES JOHN AND JANE DOES 1-5, IN
THEIR INDIVIDUAL AND OFFICIAL CAPACITIES
REPRESENTING JAIL GUARDS OF THE CLAY
COUNTY JAIL AND/OR OTHER EMPLOYEES,
INCLUDING SUPERVISORY OFFICIALS WHOSE
IDENTITIES ARE CURRENTLY UNKNOWN                                   DEFENDANTS

FINAL JUDGMENT

For the reasons set forth in the Court's Order and Memorandum Opinion issued this day,

the Plaintiffs' claims are dismissed *with prejudice*. This CASE is CLOSED.

SO ORDERED, this the 10th day of May, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE